■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GIUSEPPE SANTOLI, Appellant. — Two judgments of the County Court, Nassau County (Santagata, J.), both rendered November 11, 1980, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Rabin, J. P., Gulotta, Cohalan and Bracken, JJ., concur.